DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RALPH OLIVER HARDWICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1898

[October 17, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Colbath, Judge; L.T. Case Nos. 2011CF010155AXXXMB and 2011CF010165AXXXMB.

Ralph Oliver Hardwick, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***